The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| HAYDEN AI TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> SEON DESIGN (USA) CORP, <br><br> Defendant. | No. 2:23-cv-01011-TL <br><br> [PROPOSED] <br><br> ORDER GRANTING STIPULATED MOTION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK |

THIS MATTER came before the Court on the Stipulated Motion to Transfer to the United States District Court for the Eastern District of New York (the "Motion") by Defendant Seon Design USA Corp. and Plaintiff Hayden AI Technologies Inc. The Court has reviewed and considered the instant stipulated motion, the pleadings and papers of record, the controlling legal authority, and notes that the parties have stipulated to the requested relief.

Based on at least the foregoing, the Motion is GRANTED; as soon as is practicable, the Clerk of Court shall take all actions necessary to effectuate the transfer of this matter to the United States District Court for the Eastern District Of New York.

It is so ordered.

Dated this 11th day of August, 2023.

_(signature)_
Tana Lin
United States District Judge

[PROPOSED] ORDER (No.: 2:23-CV-01011-TL) - 1